

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00128-CR

_____

ROBERT EARL PAGE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 10-0192X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Robert Earl Page has filed a motion seeking to dismiss his appeal. The motion is signed

by defendant and counsel. Pursuant to TEX. R. APP. P. 42.2, the motion is granted.

We dismiss the appeal.


Jack Carter
Justice

Date Submitted:     December 20, 2011
Date Decided:      December 21, 2011

Do Not Publish